IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| JOE HAND PROMOTIONS, INC.,<br>As Broadcast Licensee of the<br>December 27, 2008<br>UFC 92: "The Ultimate 2008" Event,<br>Plaintiff, | §<br>§<br>§<br>§<br>§<br>§<br>§ | |
| V. | § | CIVIL ACTION NO. 5:11-CV-778-XR |
| | § | |
| 1) 8971 INC., Individually and d/b/a<br>HOOKS BILLIARDS;<br>2) MICHAEL SMITH, Individually<br>and d/b/a HOOKS BILLIARDS; and<br>3) ERIC JEWELL, Individually and<br>d/b/a HOOKS BILLIARDS,<br>Defendants. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | |

**DEFENDANTS' 8971 INC. AND ERIC JEWELL'S EMEGENCY APPEARANCE OF COUNSEL AND ADVISORY TO THE COURT**

COMES NOW Defendants 8971 Inc. and Eric Jewell and hereby submit their emergency Appearance of Counsel and Advisory to the Court and respectfully show the Court as follows:

1. Defendants 8971 Inc. and Eric Jewell have this day, August, 27, 2011, in the evening, hired counsel as follows:

> Glenn D. Levy
> State Bar No. 12264925
> 906 Basse, Suite 100
> San Antonio, Texas 78212
> Telephone: (210) 822-5666
> Facsimile: (210) 822-5650

   2.  It appears from the Record that a Motion for Entry of Default Judgment Was recently served upon Defendants 8971 Inc. and Eric Jewell  on August 24th and recently filed.

   3. Accordingly, Defendants' counsel for Defendants 8971 Inc. and Eric Jewell request that due to the serious nature of the pending motion and the response date being unknown, that the Court refrain from ruling and give Defendants 8971 Inc. and Eric Jewell time to file a motion for Leave to extend time to file a response to give new counsel an opportunity to review the entire record and investigate the matter further and provide a clear response to the Court. It is anticipated that a Motion for Leave to extend time to respond to the Motion for default Judgment will be filed no later than on August 29th 2012.

   4. The Any small delay in ruling n this matter will not serve to harm Plaintiffs and can only prejudice and harm Defendants.  Defendants' counsel needs an opportunity to confer with opposing counsel about whether they oppose the motion for leave and also needs time to fully review the matter. Following the Motion for Leave, Defendants would file a full response to the Motion for Entry of Default Judgment.

Respectfully submitted,


By:_____ /s/_____
            Glenn D. Levy
            State Bar No. 12264925
            906 Basse, Suite 100
            San Antonio, Texas 78212
            Telephone: (210) 822-5666
            Facsimile: (210) 822-5650
            **ATTORNEY FOR DEFENDANTS
            8971 INC.  AND ERIC JEWELL**

**CERTIFICATE OF SERVICE**

    I hereby certify that, pursuant to the Federal Rules of Civil Procedure, a copy of the Defendants' Emergency Appearance of Counsel through the Electronic Case Filing System for the Western District of Texas.

    David M. Diaz
    State Bar No. 24012528
    Attorney In Charge
    Andrew R. Korn
    State Bar No. 11683150
    Korn, Bowdich & Diaz, L.L.P.
    4221 Avondale Avenue
    Dallas, Texas 75219
    T: 214-521-8800
    F: 214-521-8821
    ATTORNEYS FOR PLAINTIFF

                                              _____/s/_____
                                                       Glenn D. Levy